UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24060-CV-HUCK
(05-20437-CR-HUCK)
MAGISTRATE JUDGE REID

IRAMM WRIGHT,

    Movant
v.

UNITED STATES OF AMERICA,

    Respondent
_____/

**ORDER APPOINTING COUNSEL AND SETTING BRIEFING SCHEDULE IN LIGHT OF ELEVENTH CIRCUIT'S GRANT RE APPLICATION TO FILE SUCCESSIVE MOTION TO VACATE - 28 U.S.C. § 2255 BASED ON RETROACTIVITY OF *UNITED STATES V. DAVIS*[1]**

This matter is before the Court on the United States Court of Appeals for the Eleventh Circuit's grant of Movant's Application for Leave to File a Successive Motion to Vacate, pursuant to 28 U.S.C. § 2255. [ECF 1]. This cause has been referred to the Undersigned for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Fla. Admin. Order 2019-02. [ECF 2].

---

[1] *United States v. Davis,* 588 U.S. ___, 139 S. Ct. 2319 (2019).

Movant, **Iramm Wright,** alleges that in light of the Supreme Court of the United States decision in *Davis,* deemed retroactively applicable by the United States Court of Appeals for the Eleventh Circuit in *In re Hammoud,* 931 F.3d 1032, 1039 (11th Cir. 2019), that 18 U.S.C. § 924(c)(3)(B) is unconstitutionally vague and as a result, his conviction and sentence for possession of a firearm during a crime of violence and a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A) (Count 4), should be vacated.

Considering the Eleventh's Circuit's grant, the Undersigned finds that the appointment of counsel to represent Movant at all further stages of this proceeding, both before the District Court and any appellate proceedings which may follow, is warranted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Because the Federal Public Defender was appointed in Movant's first successive § 2255 proceeding, the **Federal Public Defender**, is hereby appointed to represent Movant at all further stages of this § 2255 proceeding, both before the District Court and any appellate proceedings that ensue. Within **one week** of the entry of this Order, the Federal Public Defender shall file a notice of appearance providing the name, address, telephone number, and email address of the attorney assigned to this case.

2. On or before **forty-five (45) days** from the date of entry of this Order, the Federal Public Defender assigned to this case shall file a motion to vacate with supporting memorandum of law, in compliance with the local and federal rules governing such filings, addressing with specificity whether the motion should be granted in light of the Supreme Court's decision in *Davis*.

The motion should focus on whether Movant's § 924(c) conviction must be vacated on the basis he was potentially sentenced under the now-invalid residual clause of § 924(c)(3)(B). It remains Movant's burden to prove that he is entitled to relief under § 2255(h). *See Beeman v. United States*, 871 F.3d 1215, 1222 (11th Cir. 2017).

3. **Respondent** shall file a response to the Movant's motion with supporting memorandum within **twenty (20) days** of Movant's filing.

4. If upon further review, **Respondent** concedes Movant is entitled to vacatur of his conviction and sentence, **Respondent** shall file a notice with the Court within **ten (10) days** of Movant's motion indicating its agreement that the motion should be granted, the sentence vacated, and a resentencing hearing held. In that case, the parties are directed to notify the probation office, and request that they prepare an updated short-form report for the District Judge.

**DONE AND ORDERED** this 2nd day of October, 2019.

                                                    s/Lisette M. Reid
                                      UNITED STATES MAGISTRATE JUDGE

cc: **Michael Caruso**
Federal Public Defender, Southern District of Florida
150 West Flagler Street, Suite 1700
Miami, FL 33130-1556
Telephone: (305) 536-6900

**Iramm Wright**
65210-004
Ashland Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 6001
Ashland, KY 41105
*PRO SE*

**Noticing 2255 US Attorney**
Email: usafls-2255@usdoj.gov